IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEKATOR MATTHEW THORPE,

          Plaintiff,                                      ORDER

    v.                                                      13-cv-680-wmc

JILL MARIE TAYLOR,

          Defendant.

---

Plaintiff Dekator Matthew Thorpe has filed a proposed civil complaint, alleging that defendant Jill Marie Taylor filed a police report and restraining order against him based on false accusations. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

Using information from the financial affidavit in plaintiff's recently filed case no. 13-cv-390-wmc, plaintiff's monthly income is $740 a month, which makes plaintiff's annual income $8,880. Plaintiff has one dependent and no assets. Because plaintiff's income is less than $16,000, he can proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Dekator Thorpe for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue as soon as practicable depending on the demands of this court's docket.

Entered this 30th day of September, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge