IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEKATOR MATTHEW THORPE,

    Plaintiff,         JUDGMENT IN A CIVIL CASE

v.                                    Case No. 13-cv-680-wmc

JILL MARIE TAYLOR,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Dekator Matthew Thorpe's request for leave to proceed and dismissing this case pursuant Fed. R. Civ. P. 12(h)(3) for lack of subject matter jurisdiction.

| /s/ | 1/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |